The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS MATTHEW STEVENS, <br><br> Defendant. | NO. CR18-241 RAJ <br><br> **ORDER TO SEAL** |

Having considered the Government's Motion to Seal and due to the sensitive victim information contained therein, it is hereby ORDERED that the Government's Motion to Seal (Dkt. #38) is GRANTED and the Government's Restitution Memorandum and Attachments A-C, shall remain sealed.

DATED this 26th day of July, 2019.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Order to Seal
US v. NICHOLAS STEVENS / CR18-241 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970