1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NICHOLAS MATTHEW STEVENS,

Defendant.

NO. CR18-241 RAJ

**ORDER TO SEAL**

Having considered the Government's Motion to Seal, and due to the sensitive victim information contained therein, it is hereby ORDERED that the Government's Motion to Seal (Dkt. #42) is GRANTED. The Government's Supplemental Restitution Memorandum and Attachments A-B, shall remain sealed.

DATED this 2nd day of August, 2019.

_____

The Honorable Richard A. Jones
United States District Judge